Norman WILLIAMS, Esq. and Susan Levine v. STATE of Vermont; William H. Conway, Jr., Commissioner of Motor Vehicles.

[478 A.2d 993]

No. 83-139

650

June 15, 1984. This case being controlled by our decision in *Leverson* v. *Conway*, 144 Vt. 523, 481 A.2d 1029, filed this same date, the judgment below is affirmed.

Motion for Reargument Denied July 9, 1984.